# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IGNITION AUTO MARKETING, INC. | § § § § | |
| v. | § § | CIVIL ACTION NO. 6:17-cv-260 |
| TODD BRESNAN, *et al.* | § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of the pending motions in this case, has been presented for consideration. The Report and Recommendation (Docket No. 57), filed on March 2, 2018, recommends that Plaintiff's Opposed Motion to Extend Time to Serve Complaint on Defendants Caleb Buckley and Brian Beard (Docket No. 51) and Plaintiff's Opposed Amended Motion to Extend Time to Serve Complaint on Defendants Caleb Buckley and Brian Beard (Docket No. 52) be denied and that the claims against Caleb Buckley and Brian Beard be dismissed without prejudice. No written objections to the Report and Recommendation have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. Plaintiff has not shown good cause for failing to timely serve Buckley and Beard. It is therefore

**ORDERED** that Plaintiff's Opposed Motion to Extend Time to Serve Complaint on Defendants Caleb Buckley and Brian Beard (Docket No. 51) and Plaintiff's Opposed Amended Motion to Extend Time to Serve Complaint on Defendants Caleb Buckley and Brian

Beard (Docket No. 52) are **DENIED**. The claims against Defendants Caleb Buckley and Brian Beard are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED this 21st day of March, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE